**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Willapa Logging Co., Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-0869840** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**Principal place of business**

**2750 Ocean Ave**
**Raymond, WA 98577**
Number, Street, City, State & ZIP Code

**Pacific**
County

**Mailing address, if different from principal place of business**

**PO Box 232**
**Raymond, WA 98577**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | |
|---|---|
| 5. | **Debtor's website** (URL) |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

Debtor    **Willapa Logging Co., Inc.**                                    Case number (*if known*) _____
_____
          Name

**10.  Are any bankruptcy cases**     ■ No
       **pending or being filed by a**  ☐ Yes.
       **business partner or an**
       **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list        Debtor  _____    Relationship  _____

                              District _____  When _____  Case number, if known _____

**11.  Why is the case filed in**    *Check all that apply:*
       ***this district?***
                              ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                  preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**      ■ No
       **have possession of any**     ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **real property or personal**
       **property that needs**
       **immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

                              ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                 What is the hazard? _____

                              ☐ It needs to be physically secured or protected from the weather.

                              ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                              ☐ Other _____
                              **Where is the property?**  _____

                                                         Number, Street, City, State & ZIP Code
                              **Is the property insured?**

                              ☐ No

                              ☐ Yes.   Insurance agency  _____

                                       Contact name      _____

                                       Phone             _____

■    **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
       **available funds**
                              ■  Funds will be available for distribution to unsecured creditors.

                              ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**   ■ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
       **creditors**           ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                              ☐ 200-999

**15.  Estimated Assets**      ☐ $0 - $50,000                  ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**  ☐ $0 - $50,000                  ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor **Willapa Logging Co., Inc.**
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 31, 2023**
MM / DD / YYYY

**X** **/s/ Ryan Oatfield** | **Ryan Oatfield**
Signature of authorized representative of debtor | Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Brett L. Wittner** | Date **March 31, 2023**
Signature of attorney for debtor | MM / DD / YYYY

**Brett L. Wittner 27657**
Printed name

**Morton McGoldrick, PLLC**
Firm name

**820 A Street, Suite 600**
**Tacoma, WA 98402**
Number, Street, City, State & ZIP Code

Contact phone **253-473-7200**   Email address **blwittner@bvmm.com**

**27657 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2023**    **X** */s/ Ryan Oatfield*
                                                      Signature of individual signing on behalf of debtor

                                                     **Ryan Oatfield**
                                                     Printed name

                                                     **President**
                                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $    **307,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $    **838,746.31**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $    **1,145,746.31**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **841,522.45**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **222,269.48**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **1,225,533.99**

4.    **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $    **2,289,325.92**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of the Pacific** | **Checking** | 1603 | $939.81 |
| 3.2. | **Bank of the Pacific** | **Savings** | | $614.37 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$1,554.18**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

Debtor  **Willapa Logging Co., Inc.**  Case number *(If known)* _____
_____
Name

| 11a. 90 days old or less: | 18,041.10 | - | 0.00 | = .... | $18,041.10 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3.**  $18,041.10

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1999 Kenworth W900B tri/a log truck, Cat 3406E-435hp, RTLO18718B-18 speed, DS404-40,000 rears w/3.25 ratio, 8 bag suspension, drop axle, scales, 1978 Peerless t/a log trailer.  Miles: 393,000.** | | Unknown | $35,000.00 |
| 47.2.  **1999 Kenworth T800 tri/a log truck, Cat C15, 18 speed, 8 bag suspension, drop axle, scales, 1998 Whitlog t/a log trailer. Miles:  372,000.** | | Unknown | $30,000.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 2

Debtor    **Willapa Logging Co., Inc.**        Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| 47.3. | **1993 Kenworth T800 tri/a log truck, Cat 3406, 18 speed, block beam suspension, drop axle, scales, 1999 Betterweigh t/a log trailer.** | **Unknown** | **$25,000.00** |
| 47.4. | **2011 Chevrolet Silverado 1500 4x4 pickup, V8, automatic.  Miles:  210,000.** | **Unknown** | **$6,000.00** |
| 47.5. | **2003 Chevrolet Silverado 1500 extended cab 4x4 pickup, V8, automatic.** | **Unknown** | **$1,000.00** |
| 47.6. | **1999 Chevrolet Silverado 1500 extended cab 4x4 pickup, V8, automatic.** | **Unknown** | **$2,000.00** |
| 47.7. | **2003 Chevrolet 2500HD crewcab 4x4 pickup, V8, automatic, toolbox, auxillary tank.** | **Unknown** | **$1,500.00** |
| 47.8. | **1998 Ford F-150 extended cab 4x4 pickup, V8, automatic.  Non-operational.** | **Unknown** | **$500.00** |
| 47.9. | **1991 GMC 2500 4x4 pickup.** | **Unknown** | **$300.00** |
| 47.10. | **Kenworth T800 parts truck** | **Unknown** | **$1,500.00** |
| 47.11. | **Chevrolet extended cab 4x4. Non-operational.** | **Unknown** | **$500.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2014 Hyundai Robext R330LC-9A hydraulic log loader, jewel grapple, high/wide, elevated cab, rear camera.  Missing final drive.** | **Unknown** | **$50,000.00** |
| **2016 Komatsu XT460L-3 Feller Buncher, Quadco Head, Auto Lube.  Repairs being made.  Non-operational.** | **Unknown** | **$125,000.00** |
| **2007 Cat 325D FM dangle head processor, log max 7000st head, high/wide/ elevated cab. Hrs:  28,000** | **Unknown** | **$60,000.00** |

Debtor    **Willapa Logging Co., Inc.**                     Case number *(If known)* _____
<u>_____</u>
Name

| | | |
|---|---|---|
| **2018 Doosan DX380LL-5 hydraulic log loader, jewel grapple, high/wide, elevated cab, rear camera.  Hrs:  10,400** | **Unknown** | **$125,000.00** |
| **2014 Doosan DX300LL-3 hydraulic log loader, rotobec grapple, high/wide, elevated cab.** | **Unknown** | **$70,000.00** |
| **1999 John Deere 330LC hydraulic log loader, young grapple, high/wide, elevated cab.** | **Unknown** | **$5,000.00** |
| **1978 Cat D7G crawler tractor, s/blade w/tilt, canopy w/sweeps, winch w/arch.** | **Unknown** | **$13,000.00** |
| **1969 Cat D6C crawler tractor, s/blade w/tilt, canopy w/sweeps, winch w/arch.** | **Unknown** | **$10,000.00** |
| **1971 Cat D8H crawler tractor, s/u blade w/tilt, canopy, winch w/arch, runs but has steering clutch issues.** | **Unknown** | **$13,000.00** |
| **1970 Cat D8H crawler tractor, s/blade w/tilt, canopy w/sweeps, winch.  Runs but has steering and clutch issues.** | **Unknown** | **$13,000.00** |
| **Cat D8H crawler tractor.  Non-operational.** | **Unknown** | **$8,000.00** |
| **Cat D7G crawler tractor.  No engine. Non-operational.** | **Unknown** | **$5,000.00** |
| **1981 Madill 071 crawler yarder, Detroit 8V71, mainlines, guidlines, cab.** | **Unknown** | **$80,000.00** |
| **1976 Skagit T109 portable slackline yarder, Cat 6 cylinder, mainline, guideline, t/a carrier, t/a dolly.  Been sitting and operation unknown.** | **Unknown** | **$40,000.00** |
| **Bowman MK8900 motorized carriage.** | **Unknown** | **$25,000.00** |
| **2019 Eagle E6 motorized carriage** | **Unknown** | **$25,000.00** |
| **Custom built power unit.** | **Unknown** | **$500.00** |
| **Group of cable** | **Unknown** | **$1,500.00** |
| **Texas Bragg t/a water trailer.** | **Unknown** | **$4,000.00** |
| **Cat 325D FM parts machine** | **Unknown** | **$10,000.00** |

Case 23-40522-MJH    Doc 1    Filed 03/31/23    Ent. 03/31/23 13:09:50    Pg. 11 of 42

Debtor    **Willapa Logging Co., Inc.**                                    Case number *(If known)* _____
          Name

|  |  |  |
|---|---|---|
| **2 Cat car bodies** | Unknown | $3,000.00 |
| **Cat car bodies and frames** | Unknown | $4,000.00 |
| **Misc. non-running trucks and equipment.** | Unknown | $1,000.00 |
| **Unused dozer rails.** | Unknown | $7,000.00 |
| **Grapple parts.** | Unknown | $1,000.00 |
| **Dangle head, parts only.** | Unknown | $1,000.00 |
| **A-Frame with hoist.** | Unknown | $500.00 |
| **Shop tools and supplies.** | $0.00 | $2,500.00 |

51.    **Total of Part 8.**                                                      | $806,300.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
|  |  |  |  |  |

Debtor    **Willapa Logging Co., Inc.**                 Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 55.1. | **Real property located in Pacific County: Parcel No. 71004000018. Assessed value $93,300. Parcel No. 71004000020. Assessed value $23,800. Parcel No. 72048001005. Assessed value $16,500. Parcel No. 72048001011. Assessed value $13,800. Parcel No. 72048006001. Assessed value $34,600. Parcel No. 72048009001. Assessed value $13,800. Parcel No. 72048009013. Assessed value $13,800. Parcel No. 72048013001. Assessed value $19,300. Parcel No. 72048300000. Assessed value $1,100. Parcel No. 72011025000. Assessed value $16,500. Parcel No. 72011045000. Assessed value $22,000. Parcel No. 72011046000. Assessed value $22,000. Parcel No. 72011052000. Assessed value $16,500.** | Fee simple | $0.00 | $307,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$307,000.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property          page 6

Debtor **Willapa Logging Co., Inc.**
Name

Case number *(If known)* _____

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Restitution owed to Debtor by Bradley C. Smith. Order of Restitution entered March 28, 2008 under case number 07-1-00211-0 in Pacific County Superior Court in the amount of $17,122.53. Current balance owed $12,851.03 principal plus $27,349.69 of interest.**  $12,851.03

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.  $12,851.03

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Willapa Logging Co., Inc.** _____    Case number *(If known)* _____
              Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,554.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,041.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $806,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $307,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $12,851.03 | |
| 91. **Total.** Add lines 80 through 90 for each column | $838,746.31 | + 91b. $307,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,145,746.31 |

**Fill in this information to identify the case:**

Debtor name    **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Celtic Bank**<br>Creditor's Name<br><br>**268 State St. #300<br>Salt Lake City, UT 84111**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2016 Komatsu XT460L-3 Feller Buncher, Quadco Head, Auto Lube. Repairs being made. Non-operational.**<br><br>Describe the lien | | $238,517.21 | $125,000.00 |

**2.1 Celtic Bank**
Creditor's Name

**268 State St. #300
Salt Lake City, UT 84111**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Komatsu XT460L-3 Feller Buncher, Quadco Head, Auto Lube. Repairs being made. Non-operational.**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $238,517.21
Column B: $125,000.00

---

**2.2 Celtic Bank**
Creditor's Name

**268 State St. #300
Salt Lake City, UT 84111**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1981 Madill 071 crawler yarder, Detroit 8V71, mainlines, guidlines, cab.**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Column A: $110,655.77
Column B: $80,000.00

---

| Debtor | Willapa Logging Co., Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | County of Pacific | Describe debtor's property that is subject to a lien | $56,106.50 | $307,000.00 |
|---|---|---|---|---|

Creditor's Name

**Real property located in Pacific County:**
**Parcel No. 71004000018.  Assessed value**
**$93,300.**
**Parcel No. 71004000020.  Assessed value**
**$23,800.**
**Parcel No. 72048001005.  Assessed value**
**$16,500.**
**Parcel No. 72048001011.  Assessed value**
**$13,800.**

**Treasurer's Office**
**PO Box 98**
**South Bend, WA 98586**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | DLL Finance, LLC | Describe debtor's property that is subject to a lien | $15,980.04 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 77122**
**Minneapolis, MN**
**55480-7702**

**2012 Hyundai Robex 320LC-9 dangle head**
**processor, log max 7000xt head, high/wide,**
**elevated cab.**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Financial Pacific Leasing | Describe debtor's property that is subject to a lien | $31,256.12 | $25,000.00 |
|---|---|---|---|---|

---

Debtor  **Willapa Logging Co., Inc.**  Case number (if known) _____
_____
Name

| Creditor's Name | **2019 Eagle E6 motorized carriage** | | |
|---|---|---|---|

**3455 S. 344th Way Ste. 300**
**Auburn, WA 98001**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | $36,365.67 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**655 Business Center Dr. #250**
**Horsham, PA 19044**
Creditor's mailing address

**2014 Hyundai Robext R330LC-9A hydraulic log loader, jewel grapple, high/wide, elevated cab, rear camera. Missing final drive.**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | $231,966.04 | $125,000.00 |
|---|---|---|---|---|

Creditor's Name

**655 Business Center Dr. #250**
**Horsham, PA 19044**
Creditor's mailing address

**2018 Doosan DX380LL-5 hydraulic log loader, jewel grapple, high/wide, elevated cab, rear camera. Hrs: 10,400**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

Debtor    **Willapa Logging Co., Inc.**        Case number *(if known)* _____

       Name

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | $96,058.00 | $0.00 |

Creditor's Name

**655 Business Center Dr. #250**
**Horsham, PA 19044**

Creditor's mailing address

**2014 Doosan DX300LLL-3 Dangle Head processor, log max head, high/wide, elevated cab. Hrs: 14,400.**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $24,617.10 | $70,000.00 |

Creditor's Name

**PO Box 856941**
**Minneapolis, MN 55485-6941**

Creditor's mailing address

**2014 Doosan DX300LL-3 hydraulic log loader, rotobec grapple, high/wide, elevated cab.**

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $841,522.45

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    **Willapa Logging Co., Inc.**
_____
　　　　　Name

Case number (if known) _____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Celtic Bank**<br>**Attn:  Trevor Rawlings**<br>**268 S. State St. #300**<br>**Salt Lake City, UT 84111** | Line **2.1** | |
| **Celtic Bank**<br>**Attn:  Leslie Rinaldi**<br>**268 State St. #300**<br>**Salt Lake City, UT 84111** | Line **2.1** | |
| **Celtic Bank**<br>**Attn:  Leslie Rinaldi**<br>**268 State St. #300**<br>**Salt Lake City, UT 84111** | Line **2.2** | |
| **Celtic Bank**<br>**Attn:  Trevor Rawlings**<br>**268 S. State St. #300**<br>**Salt Lake City, UT 84111** | Line **2.2** | |
| **PNC Equipment Finance**<br>**Attn:  Brian Wade**<br>**995 Dalton Ave.**<br>**Cincinnati, OH 45203** | Line **2.6** | |
| **PNC Equipment Finance**<br>**Attn:  Brian Wade**<br>**995 Dalton Ave.**<br>**Cincinnati, OH 45203** | Line **2.7** | |
| **PNC Equipment Finance**<br>**Attn:  Brian Wade**<br>**995 Dalton Ave.**<br>**Cincinnati, OH 45203** | Line **2.8** | |

**Fill in this information to identify the case:**

Debtor name **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216,735.57 | $216,735.57 |
|---|---|---|---|---|

**State of Washington**
**Dept. of Labor and Industries**
**PO Box 44510**
**Olympia, WA 98504-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**L&I premiums**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**State of Washington**
**Department of Revenue**
**PO Box 44171**
**Olympia, WA 98504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

Case 23-40522-MJH   Doc 1   Filed 03/31/23   Ent. 03/31/23 13:09:50   Pg. 21 of 42

| Debtor | Willapa Logging Co., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address
**State of Washington**
**Employment Security Department**
**PO Box 9046**
**Olympia, WA 98507**

As of the petition filing date, the claim is:       $5,533.91    $5,533.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Bank of the Pacific**
**1216 Skyview Drive**
**Aberdeen, WA 98520**

Date(s) debt was incurred _
Last 4 digits of account number  2034

As of the petition filing date, the claim is: *Check all that apply.*     $4,549.03
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Bank of the Pacific**
**1216 Skyview Drive**
**Aberdeen, WA 98520**

Date(s) debt was incurred _
Last 4 digits of account number  2913

As of the petition filing date, the claim is: *Check all that apply.*     $11,160.67
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**IFPS Corporation**
**22522 29th Drive SE, #214**
**Bothell, WA 98021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $23,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance premiums**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Progressive Casualty Insurance**
**6300 Wilson Mills Rd.**
**Cleveland, OH 44143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only for insurance carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**Richard Oatfield**
**9040 22nd Way SE**
**Olympia, WA 98513**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $1,149,133.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Willapa Logging Co., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,691.03** |
|---|---|---|---|

**U.S. Bank**
**PO Box 6335**
**Fargo, ND 58125-6335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Business credit card

Last 4 digits of account number **3759**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WA Dept. of Licensing**
**Prorate and Fuel Tax**
**PO Box 9228**
**Olympia, WA 98507-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Pending fuel tax audit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 222,269.48 |
| **5b. Total claims from Part 2** | 5b.   + | $ 1,225,533.99 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,447,803.47 |

**Fill in this information to identify the case:**

Debtor name    **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
    - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Real estate contract for 20 acres of land in Skagit County.** | |
| State the term remaining | |
| List the contract number of any government contract   _____ | **Jeffrey J. Hermanson**<br>**7 Washington Cemetery Road**<br>**Raymond, WA 98577** |

**Fill in this information to identify the case:**

Debtor name  **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Richard Oatfield** | **9040 22nd Way SE**<br>**Olympia, WA 98513** | **Bank of the Pacific** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Richard Oatfield** | **9040 22nd Way SE**<br>**Olympia, WA 98513** | **U.S. Bank** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.3 | **Ryan and Jennifer Oatfield** | **18 Goldau Rd.**<br>**Raymond, WA 98577** | **PNC Equipment Finance** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Ryan and Jennifer Oatfield** | **18 Goldau Rd.**<br>**Raymond, WA 98577** | **PNC Equipment Finance** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Ryan and Jennifer Oatfield** | **18 Goldau Rd.**<br>**Raymond, WA 98577** | **PNC Equipment Finance** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Willapa Logging Co., Inc.**     Case number *(if known)* _____

| | | Additional Page to List More Codebtors |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**            Column 2: **Creditor**

| 2.6 | Ryan and<br>Jennifer Oatfield | 18 Goldau Rd.<br>Raymond, WA 98577 | DLL Finance, LLC | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.7 | Ryan and<br>Jennifer Oatfield | 18 Goldau Rd.<br>Raymond, WA 98577 | Celtic Bank | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Ryan and<br>Jennifer Oatfield | 18 Goldau Rd.<br>Raymond, WA 98577 | Celtic Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Ryan and<br>Jennifer Oatfield | 18 Goldau Rd.<br>Raymond, WA 98577 | Bank of the Pacific | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.10 | Ryan and<br>Jennifer Oatfield | 18 Goldau Rd.<br>Raymond, WA 98577 | U.S. Bank | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Willapa Logging Co., Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$123,078.07** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$2,808,949.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$3,930,992.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **Sale of Equipment** | **$9,025.00** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **Restitution** | **$35.00** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **Contract Payment** | **$1,069.76** |

Debtor   **Willapa Logging Co., Inc.** _____   Case number *(if known)* _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Insurance Payment** | **$54,471.75** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Sale of Equipment** | **$102,397.95** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Restitution** | **$455.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Contract Payment** | **$5,883.68** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Ally**<br>PO Box 78234<br>Phoenix, AZ 85062-8234 | 12/31/2022 | $26,452.60 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Debtor sold 2018 Chevy Silverado Crew Cab and paid off outstanding debt.** |
| 3.2. | **Associated Petroleum**<br>2520 70th Ave. E.<br>Tacoma, WA 98424 | 01/01/2023:<br>$11,632.24<br>01/17/2023:<br>$10,646.66<br>02/01/2023:<br>$8,206.12 | $30,485.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Fuel.** |
| 3.3. | **IFPS Corp.**<br>22522 29th Drive SE, #214<br>Bothell, WA 98021 | 01/10/2023:<br>$9,803.85<br>02/21/2023:<br>$8,331.61<br>03/17/2023:<br>$8,252.00 | $26,387.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance premiums.** |
| 3.4. | **PNC Equipment Finance**<br>655 Business Center Dr. #250<br>Horsham, PA 19044 | 01/22/2023:<br>$8,549.49 | $8,549.49 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Willapa Logging Co., Inc.**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Celtic Bank**<br>**268 State St. #300**<br>**Salt Lake City, UT 84111** | **01/30/2023:**<br>**$8,756.48** | **$8,756.48** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Borden's Auto Parts, Inc.**<br>**580 Commercial St.**<br>**Raymond, WA 98577** | **03/01/2023:**<br>**$14,814.97** | **$14,814.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jennifer Oatfield**<br>**18 Goldau Rd.**<br>**Raymond, WA 98577**<br>**Wife** | **01/03/2023:**<br>**$10,000.**<br>**Money was returned to debtor on 01/03/2023.** | **$10,000.00** | |
| 4.2. **Richard Oatfield**<br>**9040 22nd Way SE**<br>**Olympia, WA 98513**<br>**Father** | **04/15/2022:**<br>**$1,421.39**<br>**05/16/2022:**<br>**$1,421.39**<br>**06/15/2022:**<br>**$1,421.39**<br>**07/15/2022:**<br>**$1,421.39**<br>**08/10/2022:**<br>**$1,421.39**<br>**09/12/2022:**<br>**$1,421.39**<br>**10/17/2022:**<br>**$1,421.39**<br>**11/15/2022:**<br>**$1,421.39**<br>**12/15/2022:**<br>**$1,421.39**<br>**01/13/2023:**<br>**$1,421.39**<br>**02/10/2023:**<br>**$1,421.39**<br>**03/15/2023:**<br>**$1,421.39** | **$17,056.68** | **Payments due under terms of promissory note.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Willapa Logging Co., Inc.**        Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Willapa Logging Co., Inc.**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Morton McGoldrick, PLLC** **820 A Street, Suite 600** **Tacoma, WA 98402** | **Attorney Fees: $10,000** **Filing Fee:  $338** | **03/16/2023** | **$10,338.00** |
| | **Email or website address** **blwittner@bvmm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Pacific Log Processing** **4201 Treasize Road** **Raymond, WA 98577** | **Sold 2018 Chevy Silverado Crew Cab for $28,000.  Paid $26,452.60 to pay secured debt owed on truck to Ally Bank. Remaining proceeds of $1,547.40 was used to pay other business debt.** | **12/30/2022** | **$28,000.00** |
| | **Relationship to debtor** **None** | | | |
| 13.2. | **PGH Excavating, Inc.** **1891 Garrett St.** **Enumclaw, WA 98022** | **Sold welder, misc. old tires, heater tank assembly, and oil tanks.** | **01/21/2023** | **$6,872.95** |
| | **Relationship to debtor** **None** | | | |
| 13.3. | **Wayne Johnston** | **Sold 2006 Chevy Silverado (3GCEK14V66G148458).** | **01/24/2023** | **$1,000.00** |
| | **Relationship to debtor** **None** | | | |
| 13.4. | **Justin Johnston** | **Sold 2003 Chevy 2KH (1GCHK24U03E361709).** | **01/24/2023** | **$1,000.00** |
| | **Relationship to debtor** **None** | | | |

| Debtor | Willapa Logging Co., Inc. | Case number (if known) | |
|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.5<br>. | **Dave Westerland** | Sold 1987 KW Construction<br>(1NKWLB9X5HS341275). | 01/25/2023 | $1,000.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.6<br>. | **Two Feathers Trucking, LLC**<br>**23088 W. Sheffler Rd.**<br>**Elmira, OR 97437** | Sold 1990 Cascade Log Trailer<br>(1C9LE2621L0249554). | 01/21/2023 | $1,000.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.7<br>. | **Putnam Trucking, Inc.**<br>**3312 Ocean Beach Highway**<br>**Longview, WA 98632** | Sold 1997 HM (WA94180938) | 01/21/2023 | $6,500.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.8<br>. | **Greg Mullins** | Sold 1997 Ford (1FDNF80C3VVA29530) | 01/21/2023 | $3,000.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.9<br>. | **Wayne Johnston** | Sold 2004 Chevy SK1<br>(1GCEK19T94E234424) | 01/21/2023 | $525.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>0. | **Josh Klompken** | Sold 2004 Ford F4D<br>(1FDXF47S14ED66632) | 01/17/2023 | $1,300.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>1. | **Josh Kleompken** | Sold 1995 Build (4RJHT1827F1104927) | 01/17/2023 | $1,000.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>2. | **Wayne Johnston** | Sold 2003 Chevy (1GCK23U93F234050). | 01/17/2023 | $350.00 |
| | **Relationship to debtor**<br>**None** | | | |
| 13.1<br>3. | **Justin Johnston** | Sold 2006 Chevy 2KH<br>(1GCHK23U86F155649) | 01/17/2023 | $350.00 |
| | **Relationship to debtor**<br>**None** | | | |

Debtor   **Willapa Logging Co., Inc.**                                              Case number *(if known)*

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    __Willapa Logging Co., Inc.__         Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Willapa Logging Co., Inc.**        Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

        ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Michael J. Stoney II**<br>**PO Box 3037**<br>**Elma, WA 98541** | |

     26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

        ■ None

     26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Ryan and Jennifer Oatfield**<br>**18 Goldau Rd.**<br>**Raymond, WA 98577** | |

     26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

        ■ None

| Name and address |
|---|

27. **Inventories**

     Have any inventories of the debtor's property been taken within 2 years before filing this case?

        ■ No

        ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Oatfield** | **18 Goldau Rd.**<br>**Raymond, WA 98577** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

        ■ No

        ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor   **Willapa Logging Co., Inc.**                          Case number *(if known)*

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ryan Oatfield**<br>**18 Goldau Rd.**<br>**Raymond, WA 98577** | **$65,940 net pay.  Debtor also paid $1,000 per month for health insurance.** | **04/01/2022 - Present** | **Salary.** |
| | Relationship to debtor<br>**Owner** | | | |
| 30.2. | **Debbie Williams**<br>**881 Willapa Road**<br>**Raymond, WA 98577** | **$4,250.00** | **04/01/2022 - Present** | **Paid mother-in-law $500 per month for handling trucking and payroll calculations.** |
| | Relationship to debtor<br>**Mother-in-law** | | | |
| 30.3. | **Richard Oatfield**<br>**9040 22nd Way SE**<br>**Olympia, WA 98513** | **Monthly payment of $1,421.39 for past 12 months for a total of $17,056.68.** | **04/15/2022 - 03/15/2022** | **Payment under terms of promissory note.** |
| | Relationship to debtor<br>**Father** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor __Willapa Logging Co., Inc._____  Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 31, 2023_____

__/s/ Ryan Oatfield_____          __Ryan Oatfield_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

In re **Willapa Logging Co., Inc.**                                    Case No. _____

_____

Debtor(s)                          Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................  $          **10,000.00**

    Prior to the filing of this statement I have received ........................................  $          **10,000.00**

    Balance Due ..........................................................................................................  $               **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 31, 2023**                                    **/s/ Brett L. Wittner**
_____              _____
*Date*                                        **Brett L. Wittner 27657**
                                              *Signature of Attorney*
                                              **Morton McGoldrick, PLLC**
                                              **820 A Street, Suite 600**
                                              **Tacoma, WA 98402**
                                              **253-473-7200  Fax: 253-272-4338**
                                              **blwittner@bvmm.com**
                                              *Name of law firm*

---

# United States Bankruptcy Court
## Western District of Washington

In re    **Willapa Logging Co., Inc.**               Case No. _____

                                    Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 31, 2023** _____       **/s/ Ryan Oatfield** _____

                                                  **Ryan Oatfield/President**
                                                  Signer/Title

```
BANK OF THE PACIFIC
1216 SKYVIEW DRIVE
ABERDEEN, WA 98520


CELTIC BANK
268 STATE ST. #300
SALT LAKE CITY, UT 84111


CELTIC BANK
ATTN: TREVOR RAWLINGS
268 S. STATE ST. #300
SALT LAKE CITY, UT 84111


CELTIC BANK
ATTN: LESLIE RINALDI
268 STATE ST. #300
SALT LAKE CITY, UT 84111


COUNTY OF PACIFIC
TREASURER'S OFFICE
PO BOX 98
SOUTH BEND, WA 98586


DLL FINANCE, LLC
PO BOX 77122
MINNEAPOLIS, MN 55480-7702


FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY STE. 300
AUBURN, WA 98001


IFPS CORPORATION
22522 29TH DRIVE SE, #214
BOTHELL, WA 98021


JEFFREY J. HERMANSON
7 WASHINGTON CEMETERY ROAD
RAYMOND, WA 98577


PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DR. #250
HORSHAM, PA 19044
```

```
PNC EQUIPMENT FINANCE
ATTN:  BRIAN WADE
995 DALTON AVE.
CINCINNATI, OH 45203


PROGRESSIVE CASUALTY INSURANCE
6300 WILSON MILLS RD.
CLEVELAND, OH 44143


RICHARD OATFIELD
9040 22ND WAY SE
OLYMPIA, WA 98513


RYAN AND JENNIFER OATFIELD
18 GOLDAU RD.
RAYMOND, WA 98577


STATE OF WASHINGTON
DEPT. OF LABOR AND INDUSTRIES
PO BOX 44510
OLYMPIA, WA 98504-4510


STATE OF WASHINGTON
DEPARTMENT OF REVENUE
PO BOX 44171
OLYMPIA, WA 98504


STATE OF WASHINGTON
EMPLOYMENT SECURITY DEPARTMENT
PO BOX 9046
OLYMPIA, WA 98507


U.S. BANK
PO BOX 6335
FARGO, ND 58125-6335


WA DEPT. OF LICENSING
PRORATE AND FUEL TAX
PO BOX 9228
OLYMPIA, WA 98507-9228


WELLS FARGO
PO BOX 856941
MINNEAPOLIS, MN 55485-6941
```

# United States Bankruptcy Court
## Western District of Washington

In re   **Willapa Logging Co., Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Willapa Logging Co., Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2023** _____

Date

**/s/ Brett L. Wittner** _____

**Brett L. Wittner 27657**

Signature of Attorney or Litigant

Counsel for   **Willapa Logging Co., Inc.**

**Morton McGoldrick, PLLC**
**820 A Street, Suite 600**
**Tacoma, WA 98402**
**253-473-7200 Fax:253-272-4338**
**blwittner@bvmm.com**